**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| IN RE:  NEW MOTOR VEHICLES CANADIAN EXPORT ANTITRUST LITIGATION  ) ) ) ) | MDL Docket No. 03-md-1532<br>ALL CASES |

**JOINT STIPULATION REGARDING APPLICATION OF *LEXECON* TO PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINTS**

This STIPULATION is made by and between all of the parties in the above captioned proceeding, with reference to the following facts:

A.  On June 25, 2003, the Judicial Panel for Multidistrict Litigation ("JPML") transferred ten civil actions to this judicial district for coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 for inclusion in a multidistrict proceeding captioned *In Re New Motor Vehicles Canadian Export Antitrust Litigation*, MDL 1532 ("MDL 1532").

B.  On July 23, 2003, the JPML transferred an additional sixteen civil actions to this judicial district for coordinated and consolidated pretrial proceedings in MDL 1532.  All such transferred cases are listed on Attachment A to this Stipulation.

C.  Plaintiffs filed a Consolidated Amended Complaint in this judicial district on October 1, 2003.  The Consolidated Amended Complaint added two plaintiffs who had not previously filed a civil action raising questions of fact common to those in MDL 1532 in any other judicial district.

D.  Plaintiffs filed a Second Amended Consolidated Complaint on April 23, 2004, The Second Amended Consolidated Complaint alleged 61 causes of action that no plaintiff in any of the transferred actions had previously filed in any other judicial district.

E. On February 28, 2005, plaintiffs filed a Third Amended Consolidated Class Action Complaint. The Third Amended Consolidated Complaint included 21 plaintiffs that had not previously filed a civil action raising questions of fact common to those in MDL 1532 in any other judicial district.

Accordingly, the parties stipulate and agree as follows:

1. All the civil actions that the JPML transferred to this judicial district under 28 U.S.C. § 1407(a) (the "transferred actions") are superseded by the Consolidated Amended Complaints that the plaintiffs filed in this judicial district.

2. The transferred actions are not subject to remand to their respective transferor courts under *Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach*, 523 U.S. 26 (1998) ("*Lexecon*") or 28 U.S.C. § 1407(a).

3. The plaintiffs' filing of Consolidated Amended Complaints in this judicial district invoked the original jurisdiction of this Court under 28 U.S.C. § 1337 and superseded the civil actions filed in other judicial districts that the JPML transferred to this court under 28 U.S.C. § 1407(a).

4. Each party to any case transferred to this judicial district under 28 U.S.C. 1407(a) waives any rights that it may have under *Lexecon* or 28 U.S.C. § 1407(a) to move to remand any civil action transferred to this judicial district under 28 U.S.C. § 1407(a) to its respective transferor district.

5. If, upon its own motion or otherwise, the JPML remands any civil action listed on Attachment A to its transferor district, the parties will file a stipulated motion with the

transferor court under 28 U.S.C. § 1404 to transfer the actions back to this judicial district for final disposition.

6. This Court therefore has jurisdiction of all of the civil actions listed on Attachment A and they will remain in this judicial district through final disposition.

Dated: March 11, 2005

By:/s/  Robert S. Frank
Robert S. Frank
frank@harveyfrank.com
Harvey & Frank
2 City Center
Fourth Floor
Portland, Maine 04112-0126
(207) 775-1300
Plaintiffs' Executive Committee
And Liaison Counsel for Plaintiffs

By:/s/  Clifford H. Ruprecht
Clifford H. Ruprecht
cruprecht@pierceatwood.com
Pierce Atwood LLP
One Monument Square
Portland, Maine 04101
(207) 791-1100

Liaison Counsel for Defendants

## CERTIFICATE OF SERVICE

I, Clifford H. Ruprecht, Esq., Liaison Counsel for Defendants hereby certify that I made service of the attached Joint Stipulation Regarding Application of Lexecon to Plaintiffs' Consolidated Amended Complaints to be served on counsel of record by electronically filing said document with the Court's ECF system, which will effect service on all registered participants and by e-mailing a copy of said filings to Plaintiffs' Liaison Counsel, which will effect service on any unregistered participants for Plaintiff, under terms of an agreement among the parties.

I have also electronically served this filing via electronic mail to the following counsel in related state actions:

Craig Corbitt, Esq.
**ccorbitt@zelle.com**

Daniel Small, Esq.
**dsmall@cmht.com**

Richard Hagstrom, Esq.
**rhagstro@zelle.com**

Dated: March 11, 2005

/s/ Clifford H. Ruprecht
Clifford H. Ruprecht