UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| IN RE NEW MOTOR VEHICLES <br>     CANADIAN EXPORT ANTITRUST <br>     LITIGATION ] ] ] | MDL DOCKET NO. 1532 |

**PROCEDURAL ORDER FOR CLASS CERTIFICATION**

The parties in this multidistrict proceeding have waived their rights under Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach, 523 U.S. 26 (1998), to have the cases sent back to their respective transferor districts at the conclusion of pretrial proceedings. Joint Stipulation Regarding Application of Lexecon to Pls.' Consolidated Am. Compl. (Docket Item 207). They have thereby removed the impediment to class-shaping decisions that I described in my Procedural Order of February 25, 2005 (Docket Item 201). In this Order, therefore, I finalize the description of the process that we will follow for determining class certification. As all parties recognize, for the federal Sherman Act claim the issue is whether to certify a nationwide injunctive class. For the state damages claims, I will permit (but not require) the parties to proceed by exemplar classes in the following manner:

    1.    By March 29, 2005, the plaintiffs shall designate no more than three exemplar damages classes, organized by state or by subject matter, that they wish the Court to certify.

2. By April 12, 2005, the defendants shall designate no more than three exemplar damages classes by which to show that certification is not possible.

Neither side is required to designate all (or any) of its three allotted exemplars.

The remaining deadlines, as proposed by the parties, are now incorporated in this Order as follows:

| | |
|---|---|
| May 13, 2005 | Parties complete document production. |
| July 1, 2005 | All class-certification-related depositions to be completed. |
| July 29, 2005 | Plaintiffs disclose class-certification expert(s) and file their class-certification brief and expert report(s). |
| August 30, 2005 | Defendants complete deposition(s) of plaintiffs' class-certification expert(s). |
| September 30, 2005 | Defendants disclose class-certification expert(s) and file their opposition brief and expert report(s). |
| October 28, 2005 | Plaintiffs complete deposition(s) of defendants' expert(s). |
| November 18, 2005 | Plaintiffs file their reply brief and expert rebuttal report, if any, limited to new issues raised in defendants' brief and expert report(s). |
| December 6, 2005 | Hearing on class-certification motion. |

**SO ORDERED**.

**DATED THIS 15TH DAY OF MARCH, 2005**

/s/D. Brock Hornby
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**

**U.S. DISTRICT COURT**
**DISTRICT OF MAINE (PORTLAND)**
**CIVIL DOCKET FOR CASE #: 2:03-MD-1532-DBH**

## Liaison Counsel

### For Plaintiffs
Robert S. Frank
Harvey & Frank
P.O. Box 126
Portland, ME  04112
(207) 775-1300

### For Defendants
William J. Kayatta, Jr.
Pierce Atwood
One Monument Square
Portland, ME  04101-4033
(207) 791-1100

## Plaintiffs' Executive Committee

### Chair
Joseph J. Tabacco
Sharon T. Maier
R. Scott Palmer
Law Firm of Berman, DeValerio, Pease, Tabacco, Burt & Pucillo
425 California Street, Suite 2100
San Francisco, CA  94104
(415) 433-3200

### Vice-Chair
Michael M. Buchman
Law Firm of Milberg, Weiss, Bershad, Hynes & Lerach, LLP
One Pennsylvania Plaza, 49th floor
New York, NY  10119-0165
(212) 594-5300

### Additional Executive Committee Members

Bernard Persky
Hollis L. Salzman
Chris McDonald
Goodkind Labaton, Rudoff & Sucharow, LLP
100 Park Avenue, 12th floor
New York, NY  10017
(212) 907-0700

4

Robert J. LaRocca
William E. Hoese
Kohn, Swift & Graf, PC
One South Broad Street, Suite 2100
Philadelphia, PA  19107
(215) 238-1700

Patrick E. Cafferty
Jennifer Winter Sprengel
Miller, Faucher & Cafferty, LLP
30 North LaSalle Street, Suite 3200
Chicago, IL  60602
(312) 782-4880

H. Adam Prussin
Don Davis
Pomerantz, Haudek, Block, Grossman & Gross, LLP
100 Park Avenue, 26th floor
New York, NY 10017
(212) 661-1100

Samuel D.  Heins
Alan I. Gilbert
Heins, Mills & Olsen, PLC
3550 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
(612) 338-4605

Stephen Lowey
Peter St. Phillip
Lowey, Dannenberg, Bemporad & Selinger, PC
The Gateway
One North Lexington Avenue
White Plains, NY  10601
(914) 997-0500

Robert S. Frank
Harvey & Frank
P.O. Box 126
Portland, ME  04112
(207) 775-1300

5

**Defendants' Counsel**

Margaret M. Zwisler
William R. Sherman
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Avenue N.W.
Washington, D.C.  20004
(202) 783-0800

Richard C. Godfrey
David J. Zott
Brett A. Bakke
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
(312) 861-2000

Michael R. Lazerwitz
Cleary Gottlieb Steen & Hamilton
2000 Pennsylvania Avenue N.W.
Suite 9000
Washington, D.C.  20004
(202) 974-1500

Robert A. Van Nest
Keker & Van Nest, L.L.P.
710 Sansome Street
San Francisco, CA  94111
(415) 391-5400

Peter Sullivan
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071
(213) 229-7000

Daniel L. Goldberg
Daniel S. Savrin
Bingham McCutchen LLP
150 Federal Street
Boston, MA  02110
(617) 951-8000

Glenn A. Mitchell
Stein Mitchell & Mezines
1100 Connecticut Avenue
Suite 1100
Washington, D.C.  20036
(202) 737-7777