## UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | |
|---|---|
| IN RE NEW MOTOR VEHICLES ] | |
|    CANADIAN EXPORT ANTITRUST ] | MDL DOCKET NO. 1532 |
|    LITIGATION ] | |

### NOTICE TO COUNSEL

Osgoode Professional Development of Osgoode Hall Law School of York University, Toronto, Canada, is presenting the Third National Symposium on Class Actions entitled "Class Actions Without Borders" at the Downtown Toronto Conference Centre on April 6-7, 2006.  Co-chairs are Professor Garry D. Watson, QC, Osgoode Hall Law School, and The Hon. Justice Peter A. Cumming, Ontario Superior Court of Justice.  Information about the program can be found at the Osgoode Hall Law School website, http://www.law.yorku.ca/pdp/.  It is generally open to the public.

I have agreed, after making clear that I would not comment on cases still pending before me, to participate in these panel discussions:

    1.  "The Conduct and Management of Class Actions: Counsel and the Courts." Chair: The Hon. Justice Peter A. Cumming, Ontario Superior Court of Justice. Panelists: Jonathan W. Cuneo of Cuneo Gilbert & LaDuca, LLP, Washington, DC; Timothy Pinos of Cassels Brock & Blackwell, LLP, Toronto; Michael Peerless of Siskind, Cromarty, Ivey & Dowler, LLP, London, Ontario; The Hon. Justice Frans F. Slatter, Court of Queen's Bench of Alberta.

    2.  "New Developments in the U.S."  Chair: Charles Wright of Siskind, Cromarty, Ivey & Dowler, LLP, London, Ontario.  Panelists: Jonathan W. Cuneo of Cuneo Gilbert & LaDuca, LLP, Washington, DC; Ward Branch of Branch MacMaster, Vancouver, British Columbia.

    3.  "Achieving Settlement Approval: What Judges Look for and 'Best

Practices.'"  Chair: Professor Garry D. Watson, QC, Osgoode Hall Law School. Panelists: Professor Benjamin Alarie, University of Toronto Faculty of Law; Patricia D.S. Jackson of Torys LLP, Toronto; James H. MacMaster of Branch MacMaster, Vancouver, British Columbia; Charles Wright of Siskind, Cromarty, Ivey & Dowler, LLP, London, Ontario.

4. "Impact of Arbitration Clauses."  Chair: Harvey Strosberg, QC of Sutts, Strosberg, LLP of Windsor, Ontario.  Speakers: The Hon. Justice Peter A. Cumming, Ontario Superior Court of Justice; Malcolm N. Ruby of Gowling Lafleur Henderson, LLP, Toronto.

I am aware of no ethical restrictions that would discourage my participation in this legal education program, but it seems best to disclose formally my attendance and involvement.

**DATED: FEBRUARY 28, 2006**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**