**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | |
|---|---|
| IN RE NEW MOTOR VEHICLES ] <br>     CANADIAN EXPORT ANTITRUST ] <br>     LITIGATION ] <br> ] <br> ] | **MDL DOCKET NO. 1532** <br> *(This Document Applies to Paul* <br> *Melangagio, et al. v. General Motors* <br> *Corporation, et al., No. 2:06-cv-40)* |

**ORDER ON MOTION TO DISMISS NEBRASKA
CONSUMER PROTECTION CLAIM**

In my Procedural Order of June 16, 2006 (2:03-md-1532, Docket Item 376), I noted that a new Nebraska lawsuit, <u>Melangagio v. General Motors Corp.</u>, recently arrived here through the Multidistrict Panel.  By agreement it has been consolidated with the multidistrict litigation already pending here.  It asserts the identical claim (under the Nebraska consumer protection statute) earlier advanced in this court in the Fourth Amended Complaint.  Despite extensive motion practice in this court, the defendants did not previously move to dismiss the Nebraska claim in this multidistrict litigation.  <u>See</u> <u>In re New Motor Vehicles Canadian Export Antitrust Litig.</u>, 350 F. Supp.2d 160, 168 (D. Me. 2004).  In the recently transferred case, however, they had moved in Nebraska state court on August 22, 2005, to dismiss the complaint for failure to state a claim.  They had not briefed that motion at the time they removed the case to federal court nor when the MDL panel transferred it here.  I therefore permitted the defendants to brief their Fed. R. Civ. P. 12(b)(6) motion here, and they have done so.  (2:06-cv-

40, Docket Item 6). I now conclude that it is appropriate to delay consideration of the issue. There was abundant opportunity to raise the Nebraska statutory issue earlier when I canvassed scores of state statutes on the defendants' motion to dismiss state claims. There will be abundant opportunity to raise the issue later at the time of summary judgment practice. To address it now in the midst of class certification issues, ongoing discovery and a host of other issues that have been addressed sequentially would only complicate further attempts to manage this litigation efficiently.

Accordingly, the motion to dismiss is **DENIED WITHOUT PREJUDICE** to its renewal at the time of motions for summary judgment. This ruling does not express any judgment concerning the merits of the defendants' motion on the Nebraska state law claim.

**SO ORDERED**.

**DATED THIS 6TH DAY OF JULY, 2006**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**