# UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | |
|---|---|
| IN RE NEW MOTOR VEHICLES CANADIAN EXPORT ANTITRUST LITIGATION | ] ] ] ] ]    MDL DOCKET NO. 1532 |

## PROCEDURAL ORDER

I am inclined to grant the Joint Motion to Stay All Proceedings Against Defendant Canadian Automobile Dealers' Association ("CADA") (Docket Item 409). I am skeptical that the potential of future unfairness that either side fears will ever materialize. I am inclined, therefore, to grant the motion on the condition that the defendants will have equal discovery rights vis-à-vis CADA, maintaining jurisdiction for me or the Magistrate Judge to resolve what is fair in any dispute that arises on this topic in the future. The parties shall respond to this proposed treatment of the motion by November 3, 2006.

SO ORDERED.

DATED THIS 26TH DAY OF OCTOBER, 2006

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
UNITED STATES DISTRICT JUDGE