## UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | |
|---|---|
| IN RE NEW MOTOR VEHICLES      ]<br>        CANADIAN EXPORT ANTITRUST   ]<br>        LITIGATION                   ] | MDL DOCKET NO. 1532 |

## NOTICE TO COUNSEL

Osgoode Professional Development of Osgoode Hall Law School of York University, Toronto, Canada, is presenting the Fourth National Symposium on Class Actions at the Downtown Toronto Conference Centre on April 26-27, 2007. Co-chairs are Professor Garry D. Watson, QC, Osgoode Hall Law School, and The Hon. Justice Peter A. Cumming, Ontario Superior Court of Justice. Information about the program can be found at the Osgoode Hall Law School website, http://www.law.yorku.ca/pdp/. It is generally open to the public.

I have agreed, after making clear that I would not comment on cases still pending before me, to participate in these panel discussions:

1. "What's Happening with Class Actions in the U.S.?" Moderator: S. Gordon McKee of Blake, Cassels & Graydon, LLP, Toronto. Panelists: Elizabeth J. Cabraser of Lieff Cabraser Heimann & Bernstein, LLP, San Francisco; James C. Martin of Reed Smith, LLP, Pittsburgh; and D. Brock Hornby.

2. "Fee Approval." Moderator: The Hon. Chief Justice Donald Brenner, Supreme Court of British Columbia. Panelists: Michael Peerless of Siskinds, Cromarty, Ivey & Dowler, LLP, London, Ontario; and D. Brock Hornby.

I am aware of no ethical restrictions that would discourage my participation in this legal education program, but it seems best to disclose formally my attendance and involvement.

DATED: MARCH 7, 2007

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
UNITED STATES DISTRICT JUDGE