UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| IN RE NEW MOTR VEHICLES ]<br>    CANADIAN EXPORT ANTITRUST ]<br>    LITIGATION ] | MDL DOCKET NO. 1532 |

**NOTICE TO COUNSEL**

Osgoode Professional Development Centre of Osgoode Hall Law School of York University, Toronto, Canada, is presenting the Fifth National Symposium on Class Actions in Toronto on April 10-11, 2008.  Co-chairs are Professor Garry D. Watson, QC, Osgoode Hall Law School, and The Hon. Justice Peter A. Cumming, Ontario Superior Court of Justice.  Information about the program can be found at the Osgoode Hall Law School website, http://www.law.yorku.ca/pdp/.  It is generally open to the public.

I have agreed to moderate a panel discussion entitled "Class Actions and Arbitration Clauses."  The panelists are Andrew Borrell of Fasken, Martineau, DuMoulin LLP, Vancouver, British Columbia, Canada; and Elizabeth J. Cabraser of Lieff Cabraser Heimann & Bernstein LLP, San Francisco.

I am aware of no ethical restrictions that would discourage my participation in this legal education program, but it seems best to disclose formally my attendance and involvement.  I will not comment on cases still pending before me.

DATED:  JANUARY 29, 2008

/s/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**