## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| IN RE NEW MOTOR VEHICLES | ] | |
| CANADIAN EXPORT ANTITRUST | ] | MDL DOCKET NO. 1532 |
| LITIGATION | ] | |

### NOTICE TO COUNSEL

The American Bar Association Section on Litigation's Federal Practice Task Force has asked me to join a working group entitled the "United States—Canada Cross-Border Class Action Protocols Project."

Other members of the working group are:

Hon. Justice Warren Winkler
Chief Justice of Ontario
Toronto, Ontario

Hon. Barbara J. Rothstein
Director, Federal Judicial Center
United States District Judge
Seattle, WA

Hon. Mr. Justice Clément Gascon
Superior Court of Quebec
Montreal, Quebec

Professor Janet Walker
Osgoode Hall Law School
Toronto, Ontario

Professor Merritt Fox
Columbia Law School
New York, NY

Attorney Lynda Grant
Cohen, Milstein, Hausfeld & Toll
New York, NY

Attorney Larry Lowenstein
Osler, Hoskin & Harcourt LLP
Toronto, Ontario

Attorney Loren Kieve
Kieve Law Offices
San Francisco, CA

Attorney Julia Hannaford
JK Hannaford, Barristers
Toronto, Ontario

Attorney Mike Eizenga
Siskind, Cromarty, Ivey & Downer
London, Ontario

Attorney Irwin H. Warren
Weil, Gotshal & Manges LLP
New York, NY

Attorney Harvey Strosberg
Sutts, Strosberg LLP
Windsor, Ontario

I am aware of no ethical restrictions that would discourage my participation in this project, but it seems best to disclose formally my involvement.

DATED: APRIL 29, 2008

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
UNITED STATES DISTRICT JUDGE