UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| IN RE NEW MOTOR VEHICLES | ] | |
|     CANADIAN EXPORT ANTITRUST | ] | MDL DOCKET NO. 1532 |
|     LITIGATION | ] | |

**PROCEDURAL ORDER**

By letter of May 29, 2008, liaison counsel in this litigation provided me a transcript of a May 22, 2008, case management conference before the Honorable Richard Kramer of the California Superior Court, San Francisco. They have also asked me to notify them of the next steps that I believe would be appropriate in view of questions presented by Judge Kramer.

I have read the transcript. I also asked the case manager to inquire of counsel what materials Judge Kramer had received when he conducted the conference. As a result, I understand that he had not received a copy of the transcript of the conference held before me on April 24, 2008.

I therefore **DIRECT** counsel to provide Judge Kramer a copy of that transcript, since at that April 24 conference, various lawyers presented at some length their positions on some of the issues that concern Judge Kramer. After Judge Kramer has read the transcript, I am happy to talk directly with him by telephone at his convenience, and that might be simplest. Alternatively, if he or the parties prefer that we not talk by ourselves at this time, perhaps his June 10, 2008, conference scheduled for 1:30 p.m. Pacific time, 4:30 p.m. Eastern time,

would be a time for us to hear jointly from the parties, to the degree that more remains to be said than what is contained in the transcripts of the two conferences.

I will wait to hear from Judge Kramer or from counsel.

**SO ORDERED**.

**DATED THIS 3RD DAY OF JUNE, 2008**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**