UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| IN RE NEW MOTOR VEHICLES | ] | |
|     CANADIAN EXPORT ANTITRUST | ] | MDL DOCKET NO. 1532 |
|     LITIGATION | ] | |

**PROCEDURAL ORDER**

At my request, the Clerk's Office distributed to the lawyers in this case a draft letter to the Federal Trade Commission from the Court requesting that the FTC file an amicus brief addressing issues raised by the proposed settlement agreements and the proposed settlement class in this case. Counsel for the plaintiffs and counsel for Nissan North America, Inc. responded. I attach as exhibits the original draft letter, the lawyers' responses and the final letter I am sending to the FTC.[1]

1. I have adopted most of the changes in the draft proposed by the plaintiffs' counsel.

2. Nissan has asked me to solicit the views of certain law professors as well, and to do so on the same schedule as for the FTC. I am not comfortable singling out particular law professors at this time, but the parties are free to request that law professors submit amicus briefs and I will probably entertain a reasonable number of such submissions. Nissan also indicates that the FTC and the New York Attorney General previously investigated the matters that are the

---

[1] In this filing I have not attached the letter's enclosures, which are already available under other docket entries.

subject of this litigation.  I have no independent knowledge of those investigations but if the FTC decides to file an amicus brief, I will consider forwarding to the FTC a stipulation by the parties regarding any prior investigation.

3. The plaintiffs have asked me to reconsider sending the letter to the FTC in light of the First Circuit's recent approval of a *cy pres* component in a settlement, and in light of the California State Court litigation schedule for a parallel class action there.  Although I have no desire to complicate Judge Kramer's management of his class action, I still would like the views of the FTC and possibly others on the complex issues I have enumerated in my letter.

Accordingly, I **DENY** the plaintiffs' request that I not send the letter.

**SO ORDERED.**

**DATED THIS 11TH DAY OF DECEMBER, 2009**

/s/D. Brock Hornby
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**

2