UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| IN RE: NEW MOTOR VEHICLES | ) | MDL Docket No. 03-md-1532 |
| CANADIAN EXPORT ANTITRUST | ) | ALL CASES |
| LITIGATION | ) | |

## PROOF OF SERVICE

I hereby certify that on January 7, 2011, I caused to be electronically filed the foregoing documents with the Clerk of Court using the CM/ECF system, which will send notification of such filings to the parties registered with the Court's CM/ECF system, and I hereby certify that on that same date I caused the same to be electronically served upon Defense Liaison Counsel, William Kayatta, in accordance with the agreement between the parties regarding electronic service:

1. PLAINTIFFS' MOTION FOR FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENTS WITH DEFENDANTS TOYOTA MOTOR SALES, U.S.A., INC. AND CANADIAN AUTOMOBILE DEALERS' ASSOCIATION WITH INCORPORATED MEMORANDUM OF LAW;

2. PLAINTIFFS' MOTION FOR APPROVAL OF PROPOSED PLAN OF ALLOCATION WITH INCORPORATED MEMORANDUM OF LAW;

3. PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES ADVANCED BY CLASS COUNSEL WITH INCORPORATED MEMORANDUM OF LAW;

4. **DECLARATION OF JOSEPH J. TABACCO, JR. IN SUPPORT OF MOTION FOR APPROVAL OF PROPOSED CLASS ACTION SETTLEMENTS WITH DEFENDANTS TOYOTA MOTOR SALES, U.S.A., INC. AND CANADIAN AUTOMOBILE DEALERS' ASSOCIATION, MOTION FOR APPROVAL OF THE ALLOCATION PLAN AND MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES;**

5. **DECLARATION OF TODD A. SEAVER IN SUPPORT OF PROPOSED CLASS ACTION SETTLEMENTS WITH DEFENDANTS TOYOTA MOTOR SALES, U.S.A., INC. AND CANADIAN AUTOMOBILE DEALERS' ASSOCIATION, MOTION FOR APPROVAL OF THE ALLOCATION PLAN AND MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES;**

6. **DECLARATION OF DENNIS GILARDI REPORTING ON NOTICE AND CLAIMS ADMINISTRATION;**

7. **[PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE;**

8. **[PROPOSED] ORDER GRANTING MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES;**

9. **[PROPOSED] ORDER AWARDING INCENTIVE PAYMENTS TO CERTAIN NAMED PLAINTIFFS;**

10. **[PROPOSED] ORDER APPROVING PLAN OF ALLOCATION OF NET COMBINED SETTLEMENT FUND;**

11. **[PROPOSED] ORDER APPROVING CY PRES DISTRIBUTION AS A COMPONENT OF PLAN OF ALLOCATION AND SETTING SCHEDULE TO ORGANIZE CY PRES DISTRIBUTION; and**

12. **PROOF OF SERVICE**

/s/ Todd A. Seaver
Todd A. Seaver