**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **IN RE NEW MOTOR VEHICLES CANADIAN EXPORT ANTITRUST LITIGATION** | **MDL Docket No. 03-md-1532**<br>**ALL CASES** |

**OBJECTOR THEODORE H. FRANK'S RESPONSE TO PLAINTIFF'S MOTION OF FEBRUARY 24, 2011 (PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES)**

Objector Theodore H. Frank files this response to the "Plaintiff's Motion for Extension of Time to File Supplemental Brief in Support of Motion for an Award of Attorneys' Fees and Reimbursement of Expenses" filed on February 24, 2011 at 6:52 P.M. EST by plaintiff's attorney Todd Seaver.

On the eve of the Court's deadline for supplemental briefing, plaintiff now requests a new, bifurcated supplemental briefing schedule: namely, one deadline (February 25) for its supplemental allocation brief and another deadline (March 4) for its supplemental fee brief.

If the Court grants this motion, Frank respectfully requests that the Court also take measures to ensure that all litigants in this action are treated in a reasonably equal and fair manner. More particularly, should the court grant plaintiff's motion, Frank respectfully requests that the Court order the following corrective measures as well:

1. All deadlines for objectors' briefs (not just one deadline for one of plaintiff's briefs) shall be extended for five calendar days. That is,

the supplemental brief deadline for objectors, which this Court had originally set at February 25, shall be extended to March 2. Likewise, the response deadline for all litigants, which this Court had originally set at March 4, shall be extended to March 9. These new deadlines will give objectors a reasonable opportunity to respond to any brief presenting new arguments or factual data not previously presented.

2. If the plaintiffs rely on or submit data from a new expert report, objectors should be given the opportunity to depose the expert.

The reasons that Frank asks the Court to grant these particular corrective measures may not be obvious. There are four reasons for Frank's request:

1. Plaintiff's motion, if adopted without compensating measures, will give their attorneys five more days than objectors will have to write a supplemental brief, as well as giving plaintiffs' attorneys five more days than objectors will have to write a response brief. Objectors will have only 48 hours to write a response brief if class counsel's motion is adopted without compensating measures.

2. The plain text of Federal Rule of Civil Procedure 23(h) anticipates that a district court will set a deadline for objections to plaintiff's fee request which comes "*after* the motion and documents supporting it have been filed." *In Re Mercury Interactive Corp. Securities,* 618 F.3d 988 (9th Cir. 2010), at 994-95 (emphasis in original). Given Rule 23(h)'s notice requirements, the possibility of new information or analysis in plaintiff's fee request suggests that a 48-hour deadline may not provide an adequate opportunity for objectors to respond to supplemental briefing.

3. Frank simply wants a reasonable opportunity to respond to any supplemental brief from class counsel that presents new arguments or new factual data. The plaintiff's proposed unilateral deadline extension sharply diminishes this opportunity.

4. A disfavored alternative that the Court might consider – assigning Objectors bifurcated and symmetrical deadlines as well, so that they too could file supplemental briefs on some issues by February 25 and other issues by March 4 – would pose genuine administrative difficulties for this objector. Frank's counsel has been working to comply with the Court's original and less complex schedule of briefing deadlines; any proposal that, on the eve of the deadline for the supplemental brief, requires separating the working draft of that brief into multiple documents with deadlines of different days creates, at the very least, substantial and unnecessary difficulties.

In short, should the Court grant class counsel's motion for deadline extension, Frank in turn would respectfully request corresponding extensions of deadlines and, if applicable, opportunity for deposition of any newly relied-upon expert.

Frank does not otherwise support this motion; unless his proposed corrective measures are adopted alongside plaintiff's proposals, he opposes it.

Dated: February 25, 2010

                                           Respectfully submitted,

                                           */s/ Daniel Greenberg*
                                           Daniel Greenberg
                                           (AR BAR 2007193)

**GREENBERG LEGAL SERVICES**
55 Fontenay Circle
Little Rock, AR  72223
DnGrnbrg@gmail.com
(501) 588-4245
Attorney for Objector Theodore H. Frank

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2011, I caused to be electronically filed the foregoing **RESPONSE TO PLAINTIFF'S MOTION OF FEBRUARY 24, 2011 (PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES)** with the Clerk of Court using the CM/ECF system which will send notification of such filings to the parties registered with the Court's CM/ECF system. I further certify that on February 25, 2011 I electronically served the same upon the following parties through their counsel via e-mail:

Todd A. Seaver
BERMAN DeVALERIO
tseaver@bermandevalerio.com
*Plaintiffs' Counsel*

Michael R. Lazerwitz
CLEARY GOTTLIEB STEEN & HAMILTON LLP
mlazerwitz@cgsh.com
*Counsel for Toyota Motor Sales, U.S.A., Inc.*

Daniel E. Loeb
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
daniel.loeb@friedfrank.com
*Counsel for the Canadian Automobile Dealers' Association*

William J. Kayatta, Jr.
PIERCE ATWOOD
wkayatta@pierceatwood.com
*Defendants' Liaison Counsel*

I further caused the same to be served by first-class mail to the following by depositing copies of the document(s) in sealed envelopes affixed with proper postage in the United States Mail at San Francisco, California, and addressed as set forth below:

Todd A. Seaver
BERMAN DeVALERIO
One California Street, Suite 900
San Francisco, CA 94111
*Attorney for Plaintiffs*

William J. Kayatta, Jr.
PIERCE ATWOOD
One Monument Square, 7th Floor
Portland, ME 04101
*Attorney for Defendants*

Joshua L. Gordon
75 S. Main Street #7
Concord, NH 03301

John J. Pentz
2 Clock Tower Place, Suite 440
Maynard, MA 01754
*Attorneys for Objector Kevin Luke*

Joseph Jones
1414 S.W. Afton St.
Topeka, KS 66611
Joseph Jones
c/o Shawnee County Jail
501 S.E. 8th Avenue
Topeka, KS 66607
*Pro Se Objector*

Kenneth Harris
1521 Wells St.
Port Huron, MI 48060-4259
*Pro Se Objector*

Charles M. Thompson
CHARLES M. THOMPSON, PC
5615 Canongate Lane
Birmingham, AL 35242

R. Stephen Griffis
R. STEPHEN GRIFFIS, P.C.
2100 Riverhaven Drive, Suite 1
Hoover, AL 35244

Steve A. Miller
The Barclay No. 2905
1625 Larimer Street
Denver, CO 80202

*Attorneys for Objectors Joey Hutto, Jeanne Finn, Channing Carder, Deborah Colburn and Wayne Phillips/American Electric Motor Service*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed: February 25, 2011

                                              /s/ Daniel Greenberg
                                              Daniel Greenberg