# EXHIBIT A



3301 Kerner Blvd.
San Rafael, CA 94901
P: (415) 461-0410
F: (415) 461-0412

Sent via Email

June 30, 2011

Plaintiffs' Class Counsel
c/o Joseph J. Tabacco Jr., Esq.
Todd Seaver, Esq.
Berman DeValerio
One California St., Suite 900
San Francisco, CA 94111

Re: **In re New Motor Vehicles Canadian Export Antitrust Litigation**
Client Matter Number 2501
Invoice: 2501-2

Professional services, out-of-pocket expenses and third party expenses through June 5, 2011 in connection with Case Management, Planning with Counsel, Claims Processing, Telephone Support, Post Initial Distribution Follow-up, Second Distribution, Reporting and Tax Compliance for the **In re New Motor Vehicles Canadian Export Antitrust Litigation**.

**Notification**

| | |
|---|---:|
| Mailing Database Preparation | $ 4,489.50 |
| Software Customization | 4,057.50 |
| Document Formatting | 1,350.00 |
| Case Management | 21,402.50 |
| NCOA | 150.00 |
| Obtain Mailing List InfoUSA | 2,302.56 |
| Top Class Action Website Advertising & Newsletter Mailing | 10,000.00 |
| Auto Fleet Media Website Advertising & Newsletter Mailing | 1,500.00 |
| Print Production | 1,350.00 |
| Printing | 3,363.34 |
| Postage | 5,259.60 |
| Email Blast | 43.57 |
| Staff Time | 1,350.00 |
| Notice/Claim Request – 839 @ $2.50 | 2,307.25 |
| RUM Processing | 115.00 |
| RUM Remails – 13 @ $1.00 | 13.00 |
| Website Development | 20,000.00 |

Continued

**In re New Motor Vehicles Canadian Export Antitrust Litigation**
Client Matter Number 2501
Invoice: 2501-2

**Notification Continued**
 Telephone Setup     2,000.00
  Line Charges/Taxes/Fees     2,955.40
  Staff Time     19,600.00
 Opt-out Processing     45.00
Subtotal Notification     $103,654.22

**Processing**
 Planning with Counsel     $ 1,000.00
 Claims Processing
  Consumer
   Manual Claims – 493 @ $3.00     1,476.00
   Web Claims – 7,536 @ $0.25     1,884.00
  Fleet
   Manual Claims – No Manual Fleet Claims     00.00
   Web Claims – 430,297 vehicles @ $.25     107,574.25
 Deficiency Processing     997.50
Subtotal Processing     112,931.75

**Reporting**
 Reports/Declarations     1,392.50

AMOUNT DUE     $217,978.47