UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| IN RE NEW MOTOR VEHICLES ]<br>    CANADIAN EXPORT ANTITRUST ]<br>    LITIGATION ] | CIVIL NO. 2:03-MD-1532-DBH |

ORDER ON JOINT SUBMISSION AND ORDER ON MOTION TO
AMEND SUPPLEMENTAL NOTICE TO CLASS MEMBERS

I find that the joint proposal of the plaintiffs and the relevant State Attorneys General is a reasonable response to the previous omissions from the settlement class. Therefore, the Joint Submission re: Supplemental Notice is **GRANTED**, but with the amended notice proposed by Nissan North America, Inc. in its Reply Memorandum in Support of Motion to Amend Supplemental Class Notice. (Docket Item 1199).

Nissan's motion to amend is **GRANTED**.

The plaintiffs shall prepare a new Order Approving Supplemental Notice Plan and a new Supplemental Notice to reflect these rulings.

**SO ORDERED.**

**DATED THIS 30TH DAY OF SEPTEMBER, 2011**

/s/D. Brock Hornby
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**