UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| IN RE NEW MOTOR VEHICLES ]<br>    CANADIAN EXPORT ANTITRUST ]<br>    LITIGATION ] | MDL DOCKET NO. 1532 |

[PROPOSED] ORDER APPROVING SUPPLEMENTAL NOTICE PLAN

I previously certified nationwide settlement classes and a nationwide notice plan in connection with plaintiffs' efforts to achieve final approval of two proposed settlements with defendants Toyota Motor Sales, U.S.A., Inc. ("Toyota") and the Canadian Automobile Dealers' Association ("CADA"). See Order Certifying Settlement Classes for the Purpose of Disseminating Notice, Oct. 4, 2010 (Docket Item 1123). After conclusion of a claims filing period, during which class members in twenty Eligible States[1] were able to file claims for a share of the settlement proceeds, I held a fairness hearing on February 18, 2011. After the fairness hearing I determined that the plan of allocation should be expanded to permit class members in four additional jurisdictions— the District of Columbia, Hawaii, Iowa and North Carolina—to file claims for payment. Supplemental Decision & Order on Proposed Settlements & Plan of Allocation Following Additional Briefing, Aug. 1, 2011 (Docket Item 1188). I directed the Attorneys General of these four jurisdictions to propose what

---

[1] The twenty Eligible States included Arizona, Arkansas, California, Idaho, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Nebraska, Nevada, New Hampshire, New Mexico, North Dakota, South Dakota, Tennessee, Vermont, West Virginia and Wisconsin.

would be fair notice to residents of their jurisdictions and provide me with its mechanics and cost. Id. at 11.  I instructed plaintiffs to present a response or alternative.  Id.

On August 31, 2011, plaintiffs and the Attorneys General jointly proposed a notice plan.  See Joint Submission Re: Notice to Class Members in the District of Columbia, Hawaii, Iowa and North Carolina, Aug. 31, 2011 (Docket Item 1189) ("Joint Submission").  By Order dated Sept. 30, 2011 (Docket Item 1200) I found the Joint Submission to be reasonable and directed that a dissemination schedule be proposed.  I ordered that the supplemental notice be amended to reflect input from Nissan North America, Inc.

**IT IS HEREBY ORDERED**:

1.   I hereby approve the Supplemental Notice Plan set forth in the Joint Submission and the accompanying Declaration of Dennis Gilardi dated August 31, 2011 (Docket Item 1191) ("Gilardi Decl.").  The Supplemental Notice Plan provides fair and reasonable notice to class members in the District of Columbia, Hawaii, Iowa and North Carolina of their right to file a claim for a share of the settlement funds from the proposed settlements with Toyota and CADA.

2.   I find that the proposed supplemental notice (as amended), supplemental email notice to fleet buyers and supplemental press release[2]

---

[2] See Gilardi Decl. Exs. A – C, superceded in part by the amended supplemental notice provided by plaintiffs to reflect the modifications requested by Nissan North America, Inc. (Docket Item ___ ].

clearly and concisely in plain, easily understood language describe who is eligible to make a claim during the supplemental claims period and how that claim is to be made.

3. I order Gilardi to implement the Supplemental Notice Plan such that the supplemental notice first appears in newspapers within thirty days from the date of this order. The supplemental notice shall run four times in daily newspapers over a two-week period and two times in weekly newspapers over that same period.

4. The deadline for filing claims will be 75 days from the date of this order. All claims made online must be submitted no later 11:59 p.m. Eastern Time on the selected date. All claims made by paper claim form must be sent by first-class mail and postmarked no later than the deadline. I approve the revised Consumer Claim Form (Gilardi Decl. Ex. F) for use in the supplemental claims filing period.

**SO ORDERED.**

**DATED THIS \_\_\_\_ DAY OF OCTOBER, 2011**

                                            _____
                                            **D. BROCK HORNBY**
                                            **UNITED STATES DISTRICT JUDGE**

**CERTIFICATE OF SERVICE**

On October 5, 2011, I hereby certify as to the following:

I caused to be electronically filed the foregoing [PROPOSED] ORDER APPROVING SUPPLEMENTAL NOTICE PLAN with the Clerk of Court using the CM/ECF system, which will send notification of such filings to the parties registered with the Court's CM/ECF system.

I further caused the same to be electronically served upon the following parties, through their counsel, via electronic mail in accordance with the agreement among the parties regarding electronic service:

Michael R. Lazerwitz, Esq.
CLEARY GOTTLIEB STEEN & HAMILTON LLP
mlazerwitz@cgsh.com

*Counsel for Toyota Motor Sales, U.S.A., Inc.*

Daniel E. Loeb, Esq.
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
daniel.loeb@friedfrank.com

*Counsel for the Canadian Automobile Dealers' Association*

William J. Kayatta, Jr., Esq.
PIERCE ATWOOD
wkayatta@pierceatwood.com

*Defendants' Liaison Counsel*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed: October 5, 2011         /s/ Todd Seaver
                                  Todd Seaver