UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| IN RE NEW MOTOR VEHICLES ]<br>  CANADIAN EXPORT ANTITRUST ]<br>  LITIGATION ] | CIVIL NO. 2:03-MD-1532-DBH |

**PROCEDURAL ORDER**

The plaintiffs have previously filed their motion for attorney fees, and it was a subject of discussion at the fairness hearing. Motion for Award of Attorney Fees (Docket Item 1131); Supplemental Brief in Support of Motion for Attorney Fees (Docket Item 1165). That motion is currently awaiting my decision. Recently, an objector filed a motion for attorney fees. Motion for Attorney Fees by Kevin Luke (Docket Item 1206). Pursuant to Fed. R. Civ. P. 23(h), I now set the deadline of January 13, 2012, for any and all motions for attorney fees.

SO ORDERED.

DATED THIS 15TH DAY OF DECEMBER, 2011

/s/D. Brock Hornby
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**