# EXHIBIT A



3301 Kerner Blvd.
San Rafael, CA, 94901
P: (415) 461-0410
F: (415) 461-0412

Sent via E-Mail                                                                                           31-Oct-11

**Todd Seaver, Esq.**
**Berman DeValerio LLP**
**One California Street, Suite 900**
**San Francisco, CA  94111**

Re: **New Motor Vehicle Canadian Auto Antitrust (CANMV2)**
   Client Matter Number: 3779
   Invoice: 3779-1

Third party expenses in connection with the Publication of the Summary Notice for the **New Motor Vehicles Canadian Auto Antitrust Settlement**

**Notification**

| | | |
|---|---:|---:|
| Print Publication | | |
|   Iowa | $47,937.41 | |
|   Hawaii | $18,213.22 | |
|   North Carolina | $130,495.79 | |
|   Washington D.C. | $46,987.76 | |
| Email Blast | $3,000.00 | |
| Google Display Network Advertising | $25,500.00 | |
| Google Adwords Search Network Advertising | $5,000.00 | |
| ContextWeb Network Banner Advertising | $37,500.00 | |
| FACEBOOK Display Advertising | $11,000.00 | |
| Newswire | $1,700.00 | |
| **Subtotal Notification** | | **$327,334.19** |
| | | |
| THIS INVOICE | | $327,334.19 |
| | | |
| AMOUNT DUE | | $327,334.19 |