# UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

IN RE NEW MOTOR VEHICLES   ]
   CANADIAN EXPORT ANTITRUST ]  CIVIL NO. 2:03-MD-1532-DBH
   LITIGATION       ]

## ORDER ON PLAINTIFFS' REQUEST FOR AUTHORIZATION TO WITHDRAW SETTLEMENT FUNDS FOR PAYMENT OF NOTICE COSTS

The motion is **GRANTED** in the amount of Three Hundred Twenty-Seven Thousand Three Hundred Thirty-Four Dollars and Eighteen Cents ($327,334.18) (my correction of the math in the Gilardi & Co., LLC invoice). Burke Decl. Ex. A. (Docket Item 1210).

**SO ORDERED.**

**DATED THIS 20TH DAY OF DECEMBER, 2011**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**