# EXHIBIT C



3301 Kerner Blvd.
San Rafael, CA 94901
P: (415) 461-0410
F: (415) 461-0412

Sent via Email                                                               June 5, 2012

Plaintiffs' Class Counsel
c/o Joseph J. Tabacco Jr., Esq.
Todd Seaver, Esq.
Berman DeValerio
One California St., Suite 900
San Francisco, CA 94111

Re:     **New Motor Vehicles Canadian Export Antitrust Litigation**
        Client Matter Number 2501
        Invoice: 2501-3

This invoice is for professional services, out-of-pocket expenses and third party expenses from June
6, 2011 through case completion in connection with Mailing Database Preparation, Software
Customization, Case Management, Website Development, Maintenance & Hosting, Telephone
Support, Planning with Counsel, Claims Processing, Deficiency Processing, Distribution, Reporting
and Tax Compliance for the **New Motor Vehicles Canadian Export Antitrust Litigation**.

**Notification**

| | | |
|---|---:|---:|
| Case Setup | $ 157.50 | |
| Mailing Database Preparation | 2,817.50 | |
| Software Customization | 1,500.00 | |
| Document Formatting | 180.00 | |
| Case Management | 7,410.00 | |
| Notice/Claim Request – 311 @ $2.75 | 855.25 | |
| RUM Processing | 192.50 | |
| Website Development | 19,867.50 | |
| Website Monthly Maintenance & Hosting Fee | 10,500.00 | |
| Telephone Support | | |
|   Line Charges/Taxes/Fees | 2,359.10 | |
|   Staff Time | <u>10,157.50</u> | |
| Subtotal Notification | | $ 55,996.85 |

**Processing**

| | | |
|---|---:|---:|
| Planning with Counsel | $ 2,297.50 | |
| Consumer Claims | | |
|   Web Claims – 16 @ $0.25 | 4.00 | |

continued

**Processing continued**

| | | |
|---|---|---|
| Supplemental Claims | | |
|   Consumer Claims | | |
|     Manual Claims – 205 @ $3.00 | $   615.00 | |
|     Web Claims – 2,467 @ $0.25 | 616.75 | |
|   Fleet Claims | | |
|     Web Claims – 50,865 @ $0.25 | 12,716.25 | |
|   Deficiency Processing | 350.00 | |
| Subtotal Processing | | 16,599.50 |

**Distribution**

| | | |
|---|---|---|
| Settlement Fund Management | $  1,350.00 | |
| Distribution Preparation | 3,600.00 | |
| Check Issuance – 7,384 @ $1.00 | 7,384.00 | |
| Check Follow-up & Final Accounting | 6,750.00 | |
| Subtotal Distribution | | 19,084.00 |

**Reporting**

| | | |
|---|---|---|
| Reports/Declarations | $  5,500.00 | |
| Tax Compliance – 2 yrs | 5,000.00 | |
| Subtotal Reporting | | 10,500.00 |

| | |
|---|---|
| AMOUNT DUE | $102,180.35 |