## UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | | |
|---|---|---|
| IN RE NEW MOTOR VEHICLES | ] | |
| CANADIAN EXPORT ANTITRUST | ] | DOCKET NO. 2:03-MD-1532-DBH |
| LITIGATION | ] | |

## ORDER APPROVING DISTRIBUTION OF
## NET COMBINED SETTLEMENT FUND

Before this Court is the plaintiffs' motion for entry of an order authorizing distribution of the Net Combined Settlement Fund from the settlements with defendants Toyota Motor Sales, U.S.A., Inc. ("Toyota") and the Canadian Automobile Dealers' Association ("CADA").  Upon consideration of Plaintiffs' motion and supporting declarations, it is hereby **ORDERED** that:

1.     Claims filed after the Initial Claims Period ended February 1, 2011, or after the Supplemental Claims Period ended January 13, 2012, as applicable ("Late Claims"), but on or before April 30, 2012, are hereby accepted and eligible for payment from the Net Combined Settlement Fund.

2.     I approve the administrative determinations of the claims administrator, Gilardi & Co. LLC ("Gilardi"), concerning rejection of deficient and ineligible claims, as set forth in the Declaration of Markham Sherwood, filed June 8, 2012 (ECF No. Docket Item 1223).

3.     I direct distribution of the Net Combined Settlement Fund according to the Plan of Allocation approved by this Court.  See Order Approving Plan of Allocation of Net Combined Settlement Fund, January 31,

2012 (ECF No. 1216).  To facilitate distribution, I authorize Class Counsel to direct that the funds remaining in the Toyota Settlement Fund (held in an escrow account with Citibank) and CADA Settlement Fund (held in an escrow account with Wells Fargo Bank) be transferred to a single account, maintained at Bank of the West and under the control of Class Counsel and Gilardi, from which the distribution checks will be drawn.

4.      I authorize payment from the Combined Settlement Fund of One Hundred Two Thousand One Hundred Eighty Dollars and Thirty-five Cents ($102,180.35) to Gilardi for fees and expenses incurred or estimated to be incurred through the end of the claims administration of the Settlements.

5.      I authorize the plaintiffs to reserve Five Thousand Four Hundred Dollars ($5,400) for payment of accounting fees estimated to be incurred in preparation of final tax returns for the Toyota and CADA Settlement Funds.

6.      This Court retains continuing jurisdiction over the administration and distribution of the Toyota and CADA Settlement Funds.

SO ORDERED.

DATED THIS 12TH DAY OF JULY, 2012

/s/D. Brock Hornby
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**